1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Martin Iram Saavedra-Alvarez

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,    ) Case No. 07MJ8901
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            ) **CERTIFICATE OF SERVICE**
                                  )
14 | MARTIN IRAM SAAVEDRA-ALVAREZ, )
                                  )
15 |         Defendant.            )
   |_____)

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:    November 7, 2007        /s/ Erica K. Zunkel
                                     **ERICA K. ZUNKEL**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Martin Iram Saavedra-Alvarez
25

26

27

28